**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DANIEL HOLDREN,**

Plaintiff,

**v.**                                                                              **CIVIL ACTION NO.: 3:18-CV-88
(GROH)**

**THE W VA COALITION TO
END HOMELESSNESS,**

Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Robert W. Trumble. ECF No. 5. Pursuant to this Court's Local Rules and 28 U.S.C. § 636(b)(1)(B), this action was referred to Magistrate Judge Trumble for submission of an R&R. On May 31, 2018, Magistrate Judge Trumble issued his R&R, recommending that this Court dismiss without prejudice the Plaintiff's complaint and deny as moot his application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, this Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. Thomas v. Arn, 474 U.S. 140, 150 (1985). Failure to file objections in a timely manner constitutes a waiver of *de novo* review and a plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1)(C); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

In this case, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to Magistrate Judge Trumble's R&R were due within fourteen days after being served with a copy of the same. The R&R was sent to the Plaintiff by certified mail, return receipt requested, on May 31, 2018. ECF No. 5. The Court notes that the R&R was not deliverable. However, the Plaintiff has a continuing obligation to keep the Court informed of his mailing address. Despite this obligation, the mail was undeliverable, and so, no objections have been filed. Accordingly, the Court will review the R&R for clear error.

Upon consideration, the Court finds that it is without jurisdiction to consider the Plaintiff's claims because the parties are not diverse and a federal question does not appear on the fact of the Plaintiff's Complaint. Accordingly, upon careful review, the Court **ORDERS** Magistrate Judge Trumble's Report and Recommendation [ECF No. 5] be **ADOPTED** for the reasons more fully stated therein.

The Court hereby **ORDERS** that the Plaintiff's complaint [ECF No. 1] be **DISMISSED WITHOUT PREJUDICE**. The Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 2] is **DENIED AS MOOT**.

The Court **DIRECTS** the Clerk to strike this case from the active docket and transmit a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested.

**DATED:** June 26, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE